UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
... ... LA
2009 SEP 29  P 4: 14

PORTER MAJOR

VERSUS

N. BURL CAIN

CIVIL ACTION

NO. 09-279-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated August 26, 2009.  Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Petition for Writ of Habeas Corpus (rec.doc. 1) filed by petitioner, Porter Major, will be dismissed with prejudice as untimely-filed.

Baton Rouge, Louisiana, September 29      , 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA