UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PORTER MAJOR

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NO. 09-279-RET

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated July 20, 2010. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Petition for Writ of Habeas Corpus (rec.doc. 1) filed by Porter Major will be dismissed with prejudice.

Baton Rouge, Louisiana, August 24, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA